# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| **6111 RIDGEWAY GROUP, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 15-2561-STA-cgc** |
| | ) | |
| **PHILADELPHIA INDEMNITY** | ) | |
| **INSURANCE COMPANY and** | ) | |
| **CUNNINGHAM LINDSEY U.S., INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS

Before the Court is Defendant Cunningham Lindsey U.S., Inc.'s Motion to Dismiss (ECF No. 7) filed on September 1, 2015. Defendant argued that Plaintiff's Complaint failed to state a claim for breach of the common law duty of good faith and fair dealing. Pursuant to the Local Rules of Court, Plaintiff 6111 Ridgeway Group, LLC's response to the Motion was due within 28 days, making the brief due by September 29, 2015. When Plaintiff did not respond within that time, the Court directed Plaintiff to respond to the Motion to Dismiss and show why Defendant's Motion should not be granted. On October 16, 2015, Plaintiff responded that it did not oppose the Motion to Dismiss but reserved all of its remaining claims. In light of Plaintiff's lack of opposition and for good cause shown, Defendant's Motion to Dismiss the claim for breach of the common law duty of good faith and fair dealing is **GRANTED**. Plaintiff is not required to file an amended pleading.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 20, 2015