11687-78416 (BDB)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **6111 RIDGEWAY GROUP, LLC,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY also doing business as PHILADELPHIA INSURANCE COMPANIES, and CUNNINGHAM LINDSEY U.S., INC.,**<br><br>       **Defendants.** | No. 2:15-cv-02561-STA-cgc<br><br>JURY DEMANDED |

**DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY'S
PARTIAL MOTION TO DISMISS**

Comes now the Defendant, Philadelphia Indemnity Insurance Company (hereinafter "Philadelphia Indemnity"), incorrectly styled as "also doing business as Philadelphia Insurance Companies", by and through the undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court for an Order dismissing Plaintiff's claims for bad faith and violations of the Tennessee Consumer Protection Act.  In support of its Motion, Philadelphia Indemnity relies upon its Memorandum of Law filed contemporaneously herewith and the entire record in this cause.

11687-78416 (BDB)

        Respectfully submitted,

        RAINEY, KIZER, REVIERE & BELL, P.L.C.


By: *s/ Bradford D. Box*
    BRADFORD D. BOX (BPR No. 16596)
    BRANDON W. REEDY (BPR No. 30314)
    209 East Main Street
    P.O. Box 1147
    Jackson, Tennessee 38302-1147
    (731) 423-2414
    bbox@raineykizer.com
    breedy@raineykizer.com

*Attorneys for Defendant*
*Philadelphia Indemnity Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel, and by electronic means via the Court's electronic filing system, as follows:

| | |
|---|---|
| S. Joshua Kahane (BPR No. 23726) | Mason W. Wilson (BPR No. 23968) |
| GLANKLER BROWN, PLLC | Steven W. Fulgham (BPR No. 32116) |
| 6000 Poplar Avenue, Suite 400 | BAKER, DONELSON, BEARMAN, |
| Memphis, Tennessee 38119 | CALDWELL & BERKOWITZ, P.C. |
| JKahane@glankler.com | 165 Madison Avenue, Suite 2000 |
| *Attorney for Plaintiff* | Memphis, Tennessee 38103 |
| *6111 Ridgeway Group, LLC* | mwwilson@bakerdonelson.com |
| | swfulgham@bakerdonelson.com |
| | *Attorneys for Defendant* |
| | *Cunningham Lindsey U.S., Inc.* |

This, the 28th day of December, 2015.

        *s/ Bradford D. Box*

2