IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| 6111 RIDGEWAY GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:15-cv-02561-STA-cgc |
| v. ) | |
| ) | JURY DEMANDED |
| PHILADELPHIA INDEMNITY ) | |
| INSURANCE COMPANY also doing ) | |
| business as PHILADELPHIA ) | |
| INSURANCE COMPANIES, and ) | |
| CUNNINGHAM LINDSEY U.S., INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CUNNINGHAM LINDSEY U.S., INC.'S
PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Cunningham Lindsey U.S., Inc. ("Cunningham Lindsey"), by and through its counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully moves the Court for an order dismissing Plaintiff's claims for breach of contract, bad faith, constructive fraud and negligent misrepresentation, and violations of the Tennessee Consumer Protection Act, to the extent such claims are directed at Cunningham Lindsey. As grounds for its Motion, Cunningham Lindsey submits that, inasmuch as the foregoing claims are directed at Cunningham Lindsey, Plaintiff failed to state a claim upon which relief can be granted and Cunningham Lindsey is therefore entitled to judgment on the pleadings. In support of its Motion, Cunningham Lindsey relies on the memorandum of law filed contemporaneously herewith and the entire record in this cause.

1

Respectfully submitted,

s/ Mason W. Wilson
Mason W. Wilson (#23986)
Steven W. Fulgham (#32116)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
mwwilson@bakerdonelson.com
*Attorneys for Defendant Cunningham Lindsey U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2015, I filed the foregoing via the Court's electronic filing system, which sent notice to the following:

Bradford D. Box
Brandon W. Reedy
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
Jackson, Tennessee 38302
*Attorneys for Defendant Philadelphia Indemnity Insurance Company*

S. Joshua Kahane
GLANKLER BROWN, PLLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
*Attorney for Plaintiff 6111 Ridgeway Group, LLC*

s/ Mason W. Wilson