IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | |
|---|---|
| **6111 RIDGEWAY GROUP, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **No. 15-2561-STA-cgc** |
| ) | |
| **PHILADELPHIA INDEMNITY** ) | |
| **INSURANCE COMPANY and** ) | |
| **CUNNINGHAM LINDSEY U.S., INC.,** ) | |
| ) | |
| **Defendants.** ) | |

___

**ORDER ON NOTICE OF SETTLEMENT**
___

Before the Court is the parties' Mediation Certification (ECF No. 41) filed under seal on April 21, 2016. When the parties to an action reach a settlement of their dispute, Local Rule 83.13 requires the parties to file a notice of settlement with the Court. In this case the filing of the Mediation Certification satisfies the notice of settlement requirement under the Local Rule. Once the notice of settlement is filed, the parties must then promptly file a notice of voluntary dismissal or stipulation of dismissal thereafter. Under Local Rule 83.13, if the parties fail to file a stipulation of dismissal within 28 days of filing the notice of settlement, the Court may dismiss the action.

Pursuant to Local Rule 83.13, the parties are ordered to file a stipulation of dismissal no later than May 31, 2016. The parties' mediator filed his report more than three weeks ago. Should the parties fail to submit their stipulation by that deadline, the Court will consider dismissal of the case without further notice

**IT IS SO ORDERED.**

                                  **s/ S. Thomas Anderson**
                                  S. THOMAS ANDERSON
                                  UNITED STATES DISTRICT JUDGE

                                  Date: May 16, 2016