# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

___

| | | |
|---|---|---|
| **6111 RIDGEWAY GROUP, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 15-2561-STA-cgc |
| | ) | |
| **PHILADELPHIA INDEMNITY** | ) | |
| **INSURANCE COMPANY and** | ) | |
| **CUNNINGHAM LINDSEY U.S., INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

___

## ORDER OF DISMISSAL
___

On April 21, 2016, the parties' mediator filed a Mediation Certification (ECF No. 41) under seal, stating that the parties had reached a settlement. On May 16, 2016, the Court entered an order and found that the Mediation Certification satisfied Local Rule 83.13's notice of settlement requirement. The Court also ordered the parties to file a stipulation of dismissal pursuant to Local Rule 83.13 no later than May 31, 2016. The Court advised the parties that a failure to submit their stipulation by that deadline would result in the Court considering dismissal of the case without further notice. The parties did not file a stipulation within the time allowed by the Court.

In light of the parties' settlement, this matter is hereby dismissed with prejudice. The Clerk of Court is directed to enter judgment.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: June 3, 2016