UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| 6111 RIDGEWAY GROUP, LLC | JUDGMENT IN A CIVIL CASE |
| v. | |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and CUNNINGHAM LINDSEY U.S., INC. | CASE NO: 15-2561-A |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 3, 2016, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 6/3/2016

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By) Deputy Clerk